UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES and JACQUALINE GOLLIDAY,  Plaintiff,  v.  WELLS FARGO BANK N.A. as Trustee for the Benefit of the Certificate Holders of Park Place Securities, Inc. 2004-WCW1 Asset-Backed Pass-Through Certificates Series 2004-WCW1,  Defendant. | Case No. 1:11-cv-72  HONORABLE PAUL L. MALONEY  Magistrate Judge Joseph G. Scoville |

## JUDGMENT

Final judgment is hereby entered on count one in favor of the defendant and against the plaintiff.

**IT IS SO ORDERED** this 1st day of June 2011.

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge